*Original*

*21*

Rcpt. No. 150005456

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**PETER BORMUTH,**

       **Plaintiff**

Case: 2:23-cv-11307
Assigned To : Michelson, Laurie J.
Referral Judge: Altman, Kimberly G.
Assign. Date : 6/1/2023 01:56 PM
Description: CMP BORMUTH V.
CONSUMERS ENERGY COMPANY(DA)

**v.**

**CONSUMERS ENERGY COMPANY**

       **Defendant.**

**COMPLAINT**

**Peter Bormuth**
**Druid**
*In Pro Per*
**142 West Pearl St.**
**Jackson, MI 49201**
**(517) 787-8097**
**earthprayer@outlook.com**

**Consumers Energy Company**
**Brandon J. Hofmeister**
**One Energy Plaza**
**Jackson, MI, 49201**
**(517) 788-0988**

## <u>COMPLAINT</u>

    **NOW COMES** the above named Plaintiff, **Peter Bormuth**, proceeding pro se, to bring this action for declaratory and injunctive relief, against the above named Defendant, **Consumers Energy Company**, and in support thereof allege the following information and belief:

## PARTIES

1. Plaintiff **PETER BORMUTH** is an non-christian individual, a United States citizen, a Pagan Druid, and a resident of Jackson County in the State of Michigan.

2. Defendant **CONSUMERS ENERGY COMPANY** is a combination electric and gas public utility organized and incorporated in the State of Michigan that serves consumers in broad sections of the State.

## JURISDICTION and VENUE

3. This Court has jurisdiction to hear this case under 18 USC § 2382.

4. This Court also has jurisdiction to hear this case under 28 U.S.C. §§ 1331 which confers original jurisdiction on federal district courts to hear suits alleging the violation of rights and privileges under the United States Constitution, treaties, and federal statutes.

5. Jurisdiction is also conferred by the 14th Amendment to the U.S. Constitution and by 42 U.S.C. § 1983 and 42 U.S.C. § 1985(3)

6. Declaratory relief is authorized pursuant to 28 U.S.C. §§ 2201 and 2202 and by Rules 57 and 65 of the Federal Rules of Civil Procedure, and by the general legal and equitable powers of this Honorable Court.

7. Venue is proper under 28 U.S.C. § 1391(b) because the Plaintiff resides in this district and a substantial portion of events giving rise to Plaintiff's claims occurred in the State of Michigan.

## INTRODUCTION

8. The Plaintiff brings this claim because the United States is not a nation founded on faith. The Treaty of Tripoli (1797) clearly articulates this bedrock principle: "As the Government of the United States of America is not, in any sense, founded on the Christian religion."

9. Article VI, § 2 of the United States Constitution states: "...all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land, and the judges in every State shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."

10. Article III, § 3 of the United States Constitution states: "Treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort."

11. Defendant Consumers Energy is adhering to internal enemies of the United State government who wish to establish their Christian religion in our government and giving them money, which is to say, "aid and comfort."

3.

## FACTS

12. In 2018 documents filed by Consumers Energy with the Michigan Public Service Commission show that the investor-owned utility made over $43.5 million in political contributions to Citizens for Energizing Michigan's Economy (CEME), a dark money 501(c)(4) headed by Consumers Energy executives including Brandon Hofmeister, senior vice president of governmental, regulatory and public affairs for Consumers Energy, Howard Edelson, a former Consumers Energy lobbyist, and Ronn Rasmussen, a former vice president for the utility.

13. At the January 9, 2019 meeting of the Michigan Public Service Commission in Lansing, Michigan, the Michigan Public Service Commission prohibited Consumers Energy from using corporate dollars to fund nonprofit political advocacy groups.

14. MPSC Chairman Sally Talberg issued a statement that the commission "shares the concerns of other stakeholders about the amount and use of these funds by the regulated utility. The settlement agreement reached in Consumers' recent electric rate case addresses this issue on a going-forward basis by prohibiting Consumers from funding political activities in this nature."

15. On June 20, 2020 CMS Energy Employees for Better Government, contributed $1,500 a piece to Republican candidates John Damoose, Andrew Beeler, Pat Outman and Andrew Fink.

16. In the 2020 election cycle (primary and general elections) Citizens for Energizing Michigan's Economy (CEME), a dark money 501(c)(4) funded by Consumers Energy and headed by current or former executives promoted the same candidates.

17. "Good Christian values mean good Michigan policies," begins one 2020 CEME advertisement that touts John Damoose's experience in "creating jobs and promoting Christ."

18. 2020 CEME mailers sent to voters that promote John Damoose focus on his plan to promote "peace through christ" and how he will "help Michigan families follow christ" and "his plan protects Michigan's christian values."

19. Damoose's 2020 campaign website featured Michael Crichton's 2004 novel, State of Fear, as a "body of work that has helped shaped me as the candidate." Crichton used the novel as a tool to cast doubt on the validity of global warming evidence.

20. Another 2020 CEME advertisement begins: "In Michigan, we honor America and stand up for Christian values. Conservative Andrew Fink understands that."

5.

21. 102 of 148 currently serving Michigan state legislators raised money from the political action committees of DTE Energy and Consumers Energy.

22. From January 2017 to December 2022 Consumers' PAC donated $855,000. to lawmakers and legislative caucus funds.

23. On May 25, 2023 Michigan House Bill 4672, which would require all schools to offer instruction to students on the foundations of Christianity in the United States, was put forth by Representatives Fox, Maddock, Rigas, Johnsen, Smit, DeSana, Meerman, Schriver, DeBoer and Friske.

24. Representative Joseph Fox Facebook page states: "I am a follower of Jesus and a Conservative Republican. I have lived in Western Michigan for nearly 40 years. I have given my life to serving people. For the last 7 years, I have been a Commission on Aging Director in Newaygo County. Previously, I was a Christian school administrator, teacher, missionary, and pastor."

## INJURY AND STANDING

25. Standing is provided by 18 USC § 2382 which requires the Plaintiff to bring this claim, stating: "Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to

some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both."

26. The Plaintiff attempted to alert a state administrative law judge to the treasonous actions by Consumers Energy in providing "aid and comfort" to political candidates who are internal enemies of the secular government of the United States on July 25, 2022 when Plaintiff filed a Sworn Petition for Contested Case Hearing under Michigan's Administrative Procedures Act of 1969, 1969 PA 306, MCL 24.201 to 24.328 (Docket No. 22-024450), but Administrative Law Judge Daniel L. Pulter ruled that the Plaintiff lacked jurisdiction or standing to bring his case.

27. These attempts by Consumers Energy to overthrow the secular government of the United States and replace it with a government founded on christian morals personally threatens the Plaintiff, a Pagan Druid by belief (Celtic/German/Jewish by ethnic background), with disenfranchisement of his civil rights.

28. Consumers Energy is a public utility whose rates are set by the Michigan Public Service Commission.

29. Consumers Energy claims they use "corporate treasury monies" to pay for these dark money contributions to politicians bent on overthrowing the secular

government of the United States, but as a public utility all their "profits &

corporate treasury monies" come from ratepayer payments. Thus the dark

money political contributions which give "comfort and aid" to politicians

wishing to place christian morality on our government constitutes illegal

coercion and directly harms the Plaintiff and all ratepayers who are not christian

and violates religious freedom and other rights under the 1st & 14th Amendments

to the U.S. Constitution, 42 U.S.C. § 1983 and 42 U.S.C. § 1985(3).

## CLAIMS and LAW

### Count I - Treason

30. Plaintiff incorporates by reference paragraphs 1-29 as if fully restated herein.

31. According to the United States Constitution, Article III, § 3, "Treason against

the United States, shall consist only in levying war against them, or in adhering

to their enemies, giving them aid and comfort." Consumers Energy is adhering

to internal enemies of the United State government who wish to establish their

Christian religion in our government and giving them money, which is to say,

"aid and comfort."

32. The basic facts of this case clearly show that there are two witnesses to the

treasonous exchange of money for the purpose of overthrowing the secular

government of the United States: the person at Consumers Energy who

authorized/made the dark money political contribution, and the politician who received it.

33. The 1797 Treaty of Tripoli, which was ratified by the Senate and signed into law by President John Adams, clearly states in Article 11 that: "...the government of the United States of America is not, in any sense, founded on the Christian religion."

34. Article 6, § 2 of the United States Constitution states: "...all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land, and the judges in every State shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."

35. The treaty-making power of the United States is not limited by any express provision of the Constitution, and, though it does not extend "so far as to authorize what the Constitution forbids," it does extend to all proper subjects of negotiation between our government and other nations. *Geofroy v. Riggs,* 133 U.S. 258, 266, 267 (1890); *In re Ross,* 140 U.S. 453, 463 (1891); *Missouri v. Holland,* 252 U.S. 416 (1920).

36. All treaties are binding. *Baldwin v. Franks,* 120 U.S. 678, 682-683 (1887) ("The rule of equality established by a treaty cannot be rendered nugatory in any part of the United States by municipal ordinances or state laws (or common practice).

9.

It stands on the same footing of supremacy as do the provisions of the Constitution and laws of the United States. It operates of itself without the aid of any legislation, state or national; and it will be applied and given authoritative effect by the courts"); *Foster v. Neilson*, 27 U.S. 253, 314 (1829); *Head Money Cases*, 112 U.S. 580, 598 (1884); *Chew Heong v. United States*, 112 U.S. 536, 540 (1884); *Whitney v. Robertson*, 124 U.S. 190, 194 (1888); *Maiorano v. Baltimore & Ohio R.R. Co.*, 213 U.S. 268, 272 (1909); *Asakura v. City of Seattle*, 265 U.S. 332, 342 (1924).

37. Treaties are to be liberally construed by the Courts and when interpreting the language of a treaty words are to be taken in their ordinary meaning. *Hauenstein v. Lynham*, 100 U.S. 483, 487 (1879). *Geofroy v. Riggs*, 133 U.S. 258 (1890). Obviously the Treaty of Tripoli statement that "the government of the United States of America is not, in any sense, founded on the Christian religion" is a broad and totally encompassing statement.

38. The Treaty of Tripoli is a legislated text, approved by the Senate and signed by the President. In *Murphy v. National Collegiate Athletic Assn.*, 584 U. S. ____ (2018), Justice Thomas in his concurring opinion wrote: "More fundamentally, even if courts could discern Congress' hypothetical intentions, intentions do not count unless they are enshrined in a text that makes it through the constitutional processes of bicameralism and presentment. See *Wyeth v. Levine*,

555 U. S. 555, 586–588 (2009) (THOMAS, J., concurring in judgment). "Because we have "'a Government of laws, not of men,'" we are governed by "legislated text," not "legislators' intentions"—and especially not legislators' hypothetical intentions." *Zuni Public School Dist. No. 89 v. Department of Education*, 550 U. S. 81, 119 (2007) (Scalia, J., dissenting)."

39. The legislated text of the Treaty of Tripoli, Article 11 is clear. *In Encino Motorcars, LLC v. Navarro*, 584 U. S. ____ (2018), writing for the Court, Justice Thomas stated: "If the text is clear, it needs no repetition in the legislative history; and if the text is ambiguous, silence in the legislative history cannot lend any clarity. See *Avco Corp. v. Department of Justice*, 884 F. 2d 621, 625 (CADC 1989). Even if Congress did not foresee all of the applications of the statute, that is no reason not to give the statutory text a fair reading. See *Union Bank v. Wolas*, 502 U. S. 151, 158 (1991)."

40. In 1872 the Supreme Court of Ohio cited the Treaty of Tripoli as governing law, along with Article 1, Section 7 and Article 6, Section 2 of the Ohio Constitution when the Court held that Bible reading, prayer, and the singing of psalms should be prohibited in the public schools. See *Board of Education v. Minor*, 23 Ohio St. 211; 1872 Ohio LEXIS 113 at ¶ VI

41. We are a nation governed by legislated texts, not Biblical Christian morality. The text of the Treaty of Tripoli is clear. There is no ambiguity. The government

of the United States is **not in any sense** founded on the Christian religion. The intent to place the christian religion and christian morality on our government by Consumers Energy and the candidates they financed and supported is rightly regarded as treason under the Constitution and the Treaty of Tripoli. **The Plaintiff wants to be explicitly clear. He is** <u>not</u> **claiming that Consumers Energy cannot give money to candidates who are Christian. They may give money to candidates of any religion whatsoever. But they may not give money, "comfort or aid" to any candidate who publicly states that they want to put the christian religion and morality on our government. That is treason.**

### <u>Count II - Equal Protection</u>

**(First Amendment, Fourteenth Amendment and 42 U.S.C. § 1983)**

42. Plaintiff incorporates by reference paragraphs 1-41 as if fully restated herein.

43. Under the Establishment Clause of the First Amendment, the government shall make no law "respecting an establishment of religion."

44. The Courts have consistently held that under the First Amendment, the government must be neutral and cannot allocate benefits on the basis of religion. In *Epperson v. Arkansas*, 393 U.S. 97, 103-104 (1968) the Court held: "The First Amendment mandates governmental neutrality between religion and religion, and between religion and non-religion." In *U.S. v. Ballard*, 322 US 78

12.

(1944) the Court observed: "The First Amendment does not select any one group or any one type of religion for preferred treatment."

45. The Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution provides that no State may "make or enforce any law which shall abridge the privileges or immunities of citizens of the United States;...; nor deny to any person within its jurisdiction the equal protection of the laws.

46. As a direct and proximate result of Consumers Energy using ratepayer funds to promote candidates that advocate putting the christian religion and morality on our law and government, the Plaintiff is exposed to irreparable harm, entitling him to declaratory and injunctive relief under 42 U.S.C. § 1983 which states: "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress."

47. In offering "aid and comfort" to candidates who wish to promote christ and christian values in Michigan, Consumers Energy directly and/or indirectly harms every Michigan citizen who is not a christian, who rejects christ and

13.

christian morality, including the Plaintiff, and subjects them to the deprivation of their rights, privileges, and immunities secured by the Constitution of the United States and the Treaty of Tripoli.

## Count III - Conspiracy under 42 U.S.C. § 1985(3)

48. Plaintiff incorporates by reference paragraphs 1-47 as if fully restated herein.

49. 42 U.S.C. § 1985(3) in pertinent part states: "If two or more persons in any State or Territory conspire...for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of

14.

a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators."

50. In offering "aid and comfort" to candidates who wish to promote christ and christian values in Michigan, Consumers Energy directly and/or indirectly harms every Michigan citizen who is not a christian, who rejects christ, and christian morality, including the Plaintiff.

51. It was Thomas Jefferson who observed that it was, "the impious presumption of legislators and rulers..., who, being themselves but fallible and uninspired men, have assumed dominion over the faith of others, setting up their own opinions and modes to thinking as the only true and infallible, and as such endeavoring to impose them on others, hath established and maintained false religions over the greatest part of the world and through all time." ("An Act for Establishing Religious Freedom," Cornerstones of Religious Freedom in America, ed. Joseph Blau (Boston, 1949) p. 74-75).

52. In 1776 the Virginia Legislature passed Jefferson's Statute on Religious Freedom (the model for the Establishment Clause) with the wise and unrelenting assistance of James Madison. An amendment was proposed to insert the words 'Jesus Christ' in the preamble so that it would read "coercion is a departure from the plan of Jesus Christ, the holy author of our religion." Jefferson noted, "the

15.

insertion was rejected by a great majority, in proof that they meant to comprehend, within the mantle of its protection, the Jew and the Gentile, the Christian and the Mohometan, the Hindoo, and infidel of every description." ("An Act for Establishing Religious Freedom," Cornerstones of Religious Freedom in America, ed. Joseph Blau (Boston, 1949).

53. The Council on National Policy was founded in 1981 by Tim LaHaye (then head of the Moral Majority).

54. Gary North, Christian economist, outlined the CNP's general ideas with regard to education and religious liberty: "So let us be blunt: we must use the doctrine of religious liberty to gain independence for Christian schools until we train up a generation of people who know that there is no religious neutrality, no neutral law, no neutral education, and no neutral civil government. Then they will get busy constructing a Bible based social, political, and religious order which finally denies the religious liberty of the enemies of God." Gary North, "The Intellectual Schizophrenia of the New Christian Right." James B Jorden, *The Failure of the American Baptist Culture.* Christianity and Civilization. Geneva Divinity School (1982). p.25

55. In his 1989 book, Political Polytheism: the Myth of Pluralism, North concluded that: "The long term goal of Christians in politics should be to gain exclusive

16.

control over the franchise. Those who refuse to submit publicly to the eternal sanctions of God... must be denied citizenship."

56.  Randall Terry, head of the anti-abortion group Operation Rescue, denounced those who celebrated the nation's religious pluralism. "I want you to just let a wave of intolerance wash over you," he told his followers in 1993. "I want you to let a wave of hatred wash over you. Yes, hate is good...Our goal is a Christian nation. We have a biblical duty, we are called by God, to conquer this country. We don't want equal time. We don't want pluralism." Frank Lambert, *The Founding Fathers and the Place of Religion in America*, Princeton (2006) p. 295.

57.  Republican candidates John Damoose, Andrew Beeler, Pat Outman and Andrew Fink support these christian nationalist positions.

58.  Consumers Energy claims they use "corporate treasury monies" to pay for these dark money contributions to politicians bent on overthrowing the secular government of the United States, but as a public utility all their "profits & corporate treasury monies" come from ratepayer payments. This means that non-christian citizens are providing the monies used in this conspiracy by Consumers Energy and christian politicians to subvert their rights and ultimately deny them equal protection under the laws.

59.  Consumers Energy has engaged in conspiracy under 42 U.S.C. § 1985(3) by giving dark money donations to these candidates and conspiring with them for

17.

the purpose of preventing or hindering the constituted authorities of Michigan from giving or securing to all non-christian persons within our State the equal protection of the laws.

60. In Susan B. Anthony List v. Driehaus, 573 U.S. 149 (2014) the Supreme Court held that a "allegation of future injury may suffice if the threatened injury is certainly impending, or if there is a substantial risk that the harm will occur."

60. There is a substantial risk that non-christians will be denied equal rights in Michigan should Christian Nationalists take over the legislature in the next election. Such deprivation of rights (such as banning women from medical services such as abortion and contraception; transferring state monies to charter schools for religious education; putting religious instruction or chaplains in public schools; banning LGBT people from medical services or from serving in legislatures; prohibiting state agencies from using climate change in decision making) has already taken place in other states with Christian Republican majorities in state legislatures.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests this Honorable Court:

A. Issue a declaratory judgment that Consumers Energy has committed treason under the United States Constitution, Article III, § 3 and the Treaty of Tripoli, Article 11 (1797).

18.

B.  Issue a permanent injunction to enjoin Consumers Energy from making dark money contributions to candidates who wish to overthrow the secular government of the United States by placing the christian religion and morality on our government.

C.  Award Plaintiff one hundred thousand dollars ($100,000.) in damages for the deprivation of his rights under the 1st & 14th Amendments to the U.S. Constitution,  42 U.S.C. § 1983 and 42 U.S.C. § 1985(3).

D.  Award Plaintiff costs, expenses, and nominal damages.

E.  Grant any other such relief as the Court deems just and appropriate.


Respectfully submitted,


Peter Bormuth
*Druid*
142 West Pearl St.
Jackson, MI 49201
(517) 787-8097
earthprayer@outlook.com

19.

JS 44 (Rev. 02/19)
# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Peter Bormuth

**DEFENDANTS**
Consumers Energy Co

**(b)** County of Residence of First Listed Plaintiff  Jackson
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Jackson
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Case: 2:23-cv-11307
Assigned To : Michelson, Laurie J.
Referral Judge: Altman, Kimberly G.
Assign. Date : 6/1/2023 01:56 PM
Description: CMP BORMUTH V.
CONSUMERS ENERGY COMPANY(DA)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine / Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☒ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | Medical Malpractice | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI / ☐ 865 RSI (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC Section 2382 and 28 USC 1331
Brief description of cause:
Consumers Energy gives "aid & comfort" to internal enemies of the US

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 100,000.
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE June 1, 2023
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                        ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously          ☐ Yes
            discontinued or dismissed companion cases in this or any other          ☒ No
            court, including state court? (Companion cases are matters in which
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :